No. 793. MOODY *v.* EDMONDSTON, ADMINISTRATOR. C. A. 6th Cir. Certiorari denied. *L. E. Gwinn* for petitioner. *Sam Costen* for respondent.

No. 794. RICHARDSON, TRUSTEE, *v.* NATIONAL ACCEPTANCE Co C. A. 7th Cir. Certiorari denied. *Eli F. Seebirt* for petitioner. *Harold J. Finder* for respondent.

No. 796. HUDSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *C. T. Graydon* for petitioner.

No. 800. LYNCH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *C. Ballard Harrison* for petitioner.

No. 823. PILSON *v.* SALVONI. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward Stafford* for petitioner. *Lawrence Cake* for respondent.

No. 828. WIXOM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Francis Heisler* and *Irwin J. Askow* for petitioner. *Solicitor General Perlman* for the United States.

No. 841. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Oldham Clarke* and *A. Shelby Winstead* for petitioner. *Solicitor General Perlman* for the United States.

